IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WELLS FARGO BANK, N.A., :

    Plaintiff, :

vs. : CA 11-0186-C

MACLAY CONSTRUCTION, INC., :
et al.,
     :

    Defendants.

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff shall have and recover from the defendants the sum of $286,074.91, with postjudgment interest due to accrue on same at the rate of 0.11% from today's date. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of plaintiff and against defendants Maclay Construction, Inc. and Charles A. Maclay.

    **DONE** this the 20th day of December, 2011.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**